# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1118** | **September Term, 2024** |
| | MSHR-WEST2025-0013 |
| | **Filed On: August 19, 2025** [2130916] |

Staker & Parsons Companies,

      Petitioner

      v.

Federal Mine Safety and Health Review Commission and Secretary of Labor,

      Respondents

## O R D E R

    By order filed June 9, 2025, the parties were directed to make certain submissions to the court by July 17, 2025. To date, the required submissions have not been received. Upon consideration of the foregoing, it is

    **ORDERED**, on the court's own motion, that the parties show cause by September 18, 2025, why this case should not be dismissed for lack of prosecution. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure to respond to this order may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

                                                   **FOR THE COURT:**
                                                   Clifton B. Cislak, Clerk

                              BY:    /s/
                                                     Emily K. Campbell
                                                   Deputy Clerk