# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-1118**  **September Term, 2025**

MSHR-WEST2025-0013

**Filed On:** September 30, 2025

Staker & Parsons Companies,

      Petitioner

   v.

Federal Mine Safety and Health Review
Commission and Secretary of Labor,

      Respondents

### O R D E R

Upon consideration of the court's order to show cause filed on August 19, 2025, the responses thereto, and petitioner's motion to withdraw this petition for review, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion to withdraw be granted and this petition be dismissed.

The Clerk is directed to issue the mandate forthwith.

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                         BY:    /s/
                                          Emily Campbell
                                          Deputy Clerk